UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>ZERISENAY GEBREGIORGIS,<br><br>                Defendant. | CASE NO. 2:24-cr-00198-LK<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE EVIDENTIARY HEARING ON REVOCATION OF SUPERVISED RELEASE |

       This matter comes before the Court on the parties' stipulated motion to continue the evidentiary hearing on the revocation of Defendant Zerisenay Gebregiorgis's supervised release. Dkt. No. 13.

       On June 20, 2025, the United States Probation Office recommended that Mr. Gebregiorgis's supervised release be revoked because he was arrested on suspicion of committing several crimes (robbery, burglary, and assault) on or about June 17 and June 20, 2025, in violation of a mandatory condition of supervised release. Dkt. No. 3 at 1–2. On June 23, Mr. Gebregiorgis denied the allegations and the Court set an evidentiary hearing for July 23. Dkt. No. 8. Since Mr. Gebregiorgis's arrest, the King County Prosecuting Attorney's Office has dismissed the charges,

1  so the parties jointly move to continue to evidentiary hearing to determine the appropriate

2  disposition in this matter. Dkt. No. 13 at 1. The parties also note that they have not yet received

3  the police reports from the incidents. *Id.* Finally, and as a separate reason to continue the hearing,

4  the Assistant United States Attorney assigned to this matter has a trial scheduled on the current

5  hearing date and is thus unavailable for the hearing as scheduled. *Id.*

6        Based on the above, the Court finds that the parties have shown good cause and that

7  granting the continuance will still allow the evidentiary hearing to be held "within a reasonable

8  time[.]" Fed. R. Crim. P. 32.1(b)(2). Therefore, the Court GRANTS the stipulated motion, Dkt.

9  No. 13, and continues the evidentiary hearing to August 12, 2025 at 10:00 am.

10

11        Dated this 16th day of July, 2025.

12

13                                        Lauren King
                                      United States District Judge

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING STIPULATED MOTION TO CONTINUE EVIDENTIARY HEARING ON REVOCATION OF SUPERVISED RELEASE - 2