UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br>ZERISENAY GEBREGIORGIS,<br><br>　　　　　　　　　　Defendant. | CASE NO. 2:24-cr-00198-LK<br><br>ORDER GRANTING SECOND STIPULATED MOTION TO CONTINUE EVIDENTIARY HEARING ON REVOCATION OF SUPERVISED RELEASE |

　　　　This matter comes before the Court on the parties' second stipulated motion to continue the evidentiary hearing on the revocation of Defendant Zerisenay Gebregiorgis's supervised release. Dkt. No. 15.

　　　　On June 20, 2025, the United States Probation Office recommended that Mr. Gebregiorgis's supervised release be revoked because he was arrested on suspicion of committing several crimes (robbery, burglary, and assault) on or about June 17 and June 20, 2025, in violation of a mandatory condition of supervised release. Dkt. No. 3 at 1–2. On June 23, Mr. Gebregiorgis denied the allegations and the Court set an evidentiary hearing for July 23. Dkt. No. 8. The Court granted the parties' stipulated motion to extend the hearing date to August 12; it did so in part

because the parties averred the King County Prosecuting Attorney's Office had since dismissed the charges against Mr. Gebregiorgis and the parties thus required more time to determine the appropriate disposition based on that development. Dkt. No. 14 at 1–2.

The parties have now filed this second stipulated motion to continue the hearing date. Dkt. No. 15. They aver that the King County Prosecuting Attorney's Office has now referred charges to the Seattle City Attorney's Office, and so the parties move to continue the hearing to September 18, 2025 to allow additional time to determine the appropriate disposition based on those ongoing proceedings. *Id.* at 1–2.

Based on the above, the Court finds that the parties have shown good cause and that granting the continuance will still allow the evidentiary hearing to be held "within a reasonable time[.]" Fed. R. Crim. P. 32.1(b)(2). Therefore, the Court GRANTS the stipulated motion, Dkt. No. 15, and continues the evidentiary hearing to September 18, 2025 at 10:00 am.

Dated this 5th day of August, 2025.

Lauren King
United States District Judge