UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   v.<br><br>ZERISENAY GEBREGIORGIS,<br><br>                Defendant. | CASE NO. 2:24-cr-00198-LK<br><br>ORDER GRANTING IN PART THIRD STIPULATED MOTION TO CONTINUE EVIDENTIARY HEARING ON REVOCATION OF SUPERVISED RELEASE |

      This matter comes before the Court on the parties' third stipulated motion to continue the evidentiary hearing on the revocation of Defendant Zerisenay Gebregiorgis's supervised release. Dkt. No. 19.

      On June 20, 2025, the United States Probation Office recommended that Mr. Gebregiorgis's supervised release be revoked because he was arrested on suspicion of committing several crimes (robbery, burglary, and assault) on or about June 17 and June 20, 2025, in violation of a mandatory condition of supervised release. Dkt. No. 3 at 1–2. On June 23, 2025, Mr. Gebregiorgis denied the allegations and the Court set an evidentiary hearing for July 23, 2025.

Dkt. No. 8. The Court granted the parties' stipulated motion to extend the hearing date to August 12, 2025; it did so in part because the parties averred the King County Prosecuting Attorney's Office had since dismissed the charges against Mr. Gebregiorgis and the parties thus required more time to determine the appropriate disposition based on that development. Dkt. No. 14 at 1–2.

On August 1, 2025, the parties filed a second stipulated motion to continue the hearing date. Dkt. No. 15. The parties averred that the King County Prosecuting Attorney's Office had referred charges to the Seattle City Attorney's Office, so the parties wanted additional time to determine the appropriate disposition based on those ongoing proceedings. *Id.* at 1–2. The Court granted the stipulated motion and continued the hearing to September 18, 2025. Dkt. No. 16.

The parties have now filed this third stipulated motion to continue the hearing date. Dkt. No. 19. They provide three reasons. First, the "government has provided body-worn video from the day of Mr. Gebregiorgis's arrest" and "interviewed the complaining witness using a Tigrinya interpreter who appeared by telephone," which was reportedly "one of the most difficult interviews [the responding officers] had ever conducted with an interpreter." *Id.* at 2. "After reviewing the videos with Mr. Gebregiorgis, counsel believes the interview should be transcribed and translated by a Tigrinya interpreter. In addition, the defense may need to interview other witnesses who need the assistance of a Tigrinya interpreter." *Id.*

Second, "the government sent the defense a summary of an interview of the complaining witness, who also needs the assistance of a Tigrinya interpreter" and "[t]he additional information included in the summary requires further investigation." *Id.* Third, both counsel for the Government and for Mr. Gebregiorgis have upcoming trials in late September, mid-October, and late-October. *Id.* Accordingly, "the parties respectfully request a continuance of the evidentiary hearing to November 13, 2025, at 10:00 am." *Id.* at 3.

1  Based on the foregoing reasons provided by counsel for both parties, the Court finds good
2  cause supporting the requested continuance. However, as the Court informed the parties via email,
3  it already has a matter scheduled for 10:00 a.m. on November 13; the parties indicated over email
4  that they are available on the next day. The Court finds that granting a continuance to November
5  14, 2025 would allow the evidentiary hearing to be held "within a reasonable time[.]" Fed. R.
6  Crim. P. 32.1(b)(2). Therefore, the Court GRANTS IN PART the stipulated motion, Dkt. No. 19,
7  and continues the evidentiary hearing to November 14, 2025, at 10:00 a.m.

9  Dated this 11th day of September, 2025.

Lauren King
United States District Judge