UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>ZERISENAY GEBREGIORGIS,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:24-cr-00198-LK<br><br>ORDER GRANTING FOURTH MOTION TO CONTINUE SUPERVISED RELEASE HEARING |

　　　　This matter comes before the Court on Defendant Zerisenay Gebregiorgis's unopposed motion to continue the evidentiary hearing on the revocation of his supervised release. Dkt. No. 22.

　　　　On June 20, 2025, the Probation Office recommended that Mr. Gebregiorgis's supervised release be revoked because he was arrested on suspicion of committing several crimes (robbery, burglary, and assault) on or about June 17 and June 20, 2025, in violation of a mandatory condition of supervised release. Dkt. No. 3 at 1–2. On June 23, 2025, Mr. Gebregiorgis denied the allegations and the Court set an evidentiary hearing for July 23, 2025. Dkt. No. 8. The Court granted the parties' stipulated motion to extend the hearing date to August 12, 2025; it did so in part because

ORDER GRANTING FOURTH MOTION TO CONTINUE SUPERVISED RELEASE HEARING - 1

the parties averred that the King County Prosecuting Attorney's Office had since dismissed the charges against Mr. Gebregiorgis and the parties thus required more time to determine the appropriate disposition based on that development. Dkt. No. 14 at 1–2.

On August 1, 2025, the parties filed a second stipulated motion to continue the hearing date. Dkt. No. 15. The parties asserted that the King County Prosecuting Attorney's Office had referred charges to the Seattle City Attorney's Office, so the parties wanted additional time to determine the appropriate disposition based on those ongoing proceedings. *Id.* at 1–2. The Court granted the stipulated motion and continued the hearing to September 18, 2025. Dkt. No. 16.

On September 9, 2025, the parties filed a third stipulated motion to continue the hearing date. Dkt. No. 19. The parties requested time so that they could use a Tigrinya interpreter for various investigational purposes and because counsel both for the Government and for Mr. Gebregiorgis had upcoming trials. *Id.* at 2. The Court granted the stipulated motion and continued the hearing to November 14, 2025. Dkt. No. 20.

Mr. Gebregiorgis has now filed this unopposed motion to continue the hearing date. Dkt. No. 22. Mr. Gebregiorgis avers that the Seattle City Attorney's Office has now charged Mr. Gebregiorgis in Seattle Municipal Court for the conduct underlying the alleged probation violation. *Id.* at 2. He is purportedly awaiting a pretrial conference in that matter, which is scheduled for November 28, 2025. *Id.* Mr. Gebregiorgis states that "[r]esolution of the charges in Seattle Municipal Court may obviate the need for an evidentiary hearing"[1] and therefore requests a continuance of the evidentiary hearing to March 5, 2026 at 10:00 a.m. *Id.*[2] The Government and Probation do not oppose this request. *Id.* at 1.

---

[1] Mr. Gebregiorgis also "asks for the opportunity to defend against those charges in state court before addressing the violation in federal court, given that he has "more constitutional protections in those ongoing criminal proceedings than in hearings for alleged probation violations." *Id.*

[2] Mr. Gebregiorgis notes that "[d]efense counsel has a complex fraud trial scheduled to begin on December 8, 2025,

ORDER GRANTING FOURTH MOTION TO CONTINUE SUPERVISED RELEASE HEARING - 2

Based on the foregoing reasons and the lack of opposition from the Government and Probation, the Court finds that the parties have shown good cause and that granting the continuance will still allow the evidentiary hearing to be held "within a reasonable time[.]" Fed. R. Crim. P. 32.1(b)(2). Therefore, the Court GRANTS the unopposed motion, Dkt. No. 22, and continues the evidentiary hearing to March 5, 2026 at 10:00 a.m.

Dated this 3rd day of November, 2025.

Lauren King
United States District Judge

---

and another trial scheduled for January 5, 202[6]. The government's counsel has trials scheduled to begin in late January and mid-February." *Id.*

ORDER GRANTING FOURTH MOTION TO CONTINUE SUPERVISED RELEASE HEARING - 3