UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00198-LK |
| Plaintiff, | ORDER DENYING MOTION FOR EXTENSION OF TIME TO SELF SURRENDER |
| v. | |
| ZERISENAY GEBREGIORGIS, | |
| Defendant. | |

This matter comes before the Court on Defendant Zerisenay Gebregiorgis's Motion to Extend Self-Surrender Date. Dkt. No. 40.

On March 5, 2026, the Court sentenced Mr. Gebregiorgis to a three-month custodial sentence with three years of supervised release to follow for violating the conditions of his supervision, with a self-surrender date "as notified by the Probation or Pretrial Services Office[.]" *See* Dkt. No. 39 at 3. United States Probation ordered Mr. Gebregiorgis to self-surrender to FCI Victorville Medium by April 22, 2026. Dkt. No. 40 at 2.

Mr. Gebregiorgis filed the present motion asking the Court to "extend the deadline for him to report to the Bureau of Prisons [("BOP")] to no earlier than June 13, 2026, so that he can attend

ORDER DENYING MOTION FOR EXTENSION OF TIME TO SELF SURRENDER - 1

his daughter's graduation." *Id.* He argues that "[t]he seven-week extension will not undermine this Court's sentence" because he "continues to be supervised by the Probation Department" and "has lived and worked in the community without undermining the safety of the community." *Id.* He adds that "[t]he deterrent effect of the three-month sentence will not change if delayed by seven weeks" and "the additional delay actually extends the period of time [he] will be under the supervision of the Probation Department because the three-year term of supervision will commence only after he is released from the BOP." *Id.*

The Government and United States Probation oppose this request. *Id.* at 1. The Government argues that Mr. Gebregiorgis's "repeated[] violat[ions] [of] his terms of supervised release," including "the crime of assault, failing to report for urinalysis testing on three dates, consuming alcohol twice, and leaving the district without permission" are serious and "present a risk to the community." Dkt. No. 41 at 1–2. Moreover, the Government argues that "[f]urther delay of the sentence will undermine the Court's order and the broader goals of deterrence and rehabilitation." *Id.*

The Court is sympathetic Mr. Gebregiorgis's desire to attend his daughter's graduation, but finds that an additional seven-week delay of his sentence is unwarranted considering his record on supervised release—the very reason the Court ordered a custodial sentence. Therefore, Mr. Gebregiorgis's motion is DENIED.

Dated this 16th day of April, 2026.

Lauren King
United States District Judge

ORDER DENYING MOTION FOR EXTENSION OF TIME TO SELF SURRENDER - 2